[No. 24512-1-I.   Division One.   March 18, 1991.]

*In the Matter of the Dependency of A.A.M.*

BARBARA MILLS, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-7-00005-7, Edward Heavey, J., entered April 19, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Webster, JJ.

[No. 25181-3-I.   Division One.   March 18, 1991.]

DES MOINES SEWER DISTRICT, *Respondent,* v. NORRIS G. HARING, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-01819-5, Charles S. Burdell, Jr., J., entered October 18, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, J., concurred in by Coleman and Baker, JJ.

[No. 12392-4-II.   Division Two.   March 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JUSTINIANO, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00140-3, Terence Hanley, J., entered November 7, 1988. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.